Copy of emergency

## SOUTH CAROLINA DEPARTMENT OF CORRECTIONS

### INMATE GRIEVANCE FORM

Exhibit A: 1 of 21                    **STEP 1**    RECEIVED USDC
CLERK. CHARLESTON, SC

| | |
|---|---|
| **INMATE NAME:** Sterling Singleton | PM 2:35    **OFFICE USE ONLY** |
| **SCDC NUMBER:** 339777 | 2022 MAR 24    Grievance No. KCI0367-19 |
| **INSTITUTION:** Kirkland C2    2/5/19 | Code: General QI /QI |
| **HOUSING UNIT:** D. Dorm    4/22/19 | Policy _____ |
| **WORK ASSIGNMENT:** N/A → | Disc. Hear. _____ |
| | Class. _____ |
| | PREA _____ |
| | Date Received 4/22/19 |
| | IGC Initials _____ |

**STATEMENT OF GRIEVANCE** (Indicate the date of incident, and if the grievance is a challenge to SCDC Policy, specify which policy. Include supporting documentation and attach answered RTSM or Kiosk reference number.)

On Approx April 6 2019 at approx. between the hours of 4 & 5 pm while in my cell I was stabbed Approx. 8x - 3x in my left Arm, 3 x in my left shoulder/back. Once in my lower Back. And once in my Head.

I currently have stitches in my shoulder & back

*Grievant Signature*     4/11/19 *Date*

**ACTION REQUESTED:** That all relevant SCDC personnel Be held responsible. Terminated for failing to protect. That I speak with SCDC Director & Attorneys regarding matter.

**ACTION TAKEN BY IGC:** ☑ **PROCESSED**   ☐ **UNPROCESSED**   ☐ **OTHER**

## See Warden's Decision

*IGC Signature*     *Date*

(CONTINUE ON REVERSE SIDE)

SCDC 10-5 (Rev. October 2013)

\* Video Footage \*

## SOUTH CAROLINA DEPARTMENT OF CORRECTIONS
### REQUEST TO STAFF MEMBER

Exhibit A: 2 of 21

| TO:  NAME: Jonathan R. Eckstrom | TITLE: General Counsel | DATE: |
|---|---|---|
| INMATE'S NAME: Sterling Singleton | | SCDC #: 339777 |
| INSTITUTION: Kirkland CI | | LIVING QUARTERS: HLBMU — D. Dorm # 10 |

Re: Clarification regarding the video recordings ref. in Attached RTSM

I am requesting that video recordings of incident on December 7, 2018 Between approx. 11:00 Am & 12:00 pm in HLBMU program Level 1 Located in D. Dorm of Kirkland's Institution be preserved for Evidentiary Purposes in further proceedings
Also all Incident reports written &/or should have Been written regarding some.

Thanking You in advance for your assistance.

Respectfully
Sterling Singleton.

Note: Due to the way Prog. Dir. Indon.t is running program I am Requesting that ALL video Footage for the Duration of my Time in HLBMU Program in D. Dorm be Preserved for Evidentiary Purposes. I'm not trying to go Back to Lock up or catch more Time in Prison B/c I was forced to Respond to incidents initiated in my Direction Due to him Deliberately turning a Blind to those he's afraid of or have conflicts of Interest with.

DISPOSITION BY STAFF MEMBER:

| DATE: | SIGNATURE: |
|---|---|

SCDC FORM 19-11 (REV.FEB 2001)

**SOUTH CAROLINA DEPARTMENT OF CORRECTIONS**
**REQUEST TO STAFF MEMBER**

Exhibit A: 3 of 21

RECEIVED

DEC 2 1 2018

GENERAL COUNSEL

| TO:  NAME: General Counsel | TITLE: | DATE: 12/9/18 |
| INMATE'S NAME: Sterling Singleton | | SCDC #: 335277 |
| INSTITUTION: KCI | | LIVING QUARTERS: HLBMU / Q-Dorm Rm 10 |

In light of failure to protect I am requesting that
all video recordings & reports (i.e. incident reports etc---) that
was written &/or should have been written pursuant
to SCDC policy/procedures, be preserved for evidentiary
purposes regarding incident on December 7, 2018.

Failure To Protect
Helling v. McKinney — U.S. ___ 113 S.Ct 2475, 2480 (1993)
Farmer v. Brennan, ___ U.S. ___ 114 S.Ct. 1970, 1982-84
(1994)

Thank You

Sterling Singleton

DISPOSITION BY STAFF MEMBER:

DATE:              SIGNATURE:

SCDC FORM 19-11 (REV.FEB 2001)

Farmer V. Brennan – U.S – 114 S.Ct 1970, 1982-84 (1994)
Wellins V. McKinney – U.S – 113 SCt 2475, 2480 (1993)

**SOUTH CAROLINA DEPARTMENT OF CORRECTIONS**
**REQUEST TO STAFF MEMBER**

Exhibit A: 4 of 21

| TO:  NAME: | TITLE: | DATE: |
|---|---|---|
| Dou.S | Warden | Jan. 18, 2019 |

| INMATE'S NAME: | SCDC #: |
|---|---|
| Sterling Singleton | 339777 |

| INSTITUTION: | LIVING QUARTERS: |
|---|---|
| Kirkland CI | D/Dorm B# 10 NLBMU |

Due To Dir. T. Inabnit's Negligence, Gross Negligence; Breach of
Duty; Conflicts of Interest & deliberate Indifference To safety &
Security concerns in such a highly classified & high Level environ-
ment also further instigating issues allowing them to persist. I Am
requesting that all Camera/Video footage be preserved for Evidentiary
Purposes for the Duration of my Time in Program.
I'm trying to go back to Gen. Pop. But, ultimately done
I'm not trying to go back to lock up or catch more Time Due to
Inabnit's Negligence, Gross negligence, Conflicts of Interest,
Deliberate Indifference - And, to those I've witnessed, dim
witness Actually initiating issues. (Potentially)
Jeopardizing safety & security forcing me in a position to re-
spond. Which thus, puts me in a position Jeopardizing my
ability to go back to Gen Pop & done as he has shown on several
occasions the propensity to Punish-kill off even those who are
right, innocent & or Just.
Because I find you to Be a fair/Just man until further Notice I
opted to Address this with you first blc you are the Warden of this
Inst. If you are equipped to handle it then perhaps it doesn't have
to go any further. If not then I humbly request you forward a copy
of this to SCDC Dir. Stirling; Dept. Dir. McCall; General Counsel;
Division of Investigations; Internal Affairs; Division of Police Services
Div. Director of Human Resources. Thank you     Respectfully

| DISPOSITION BY STAFF MEMBER: |
|---|
| |

| DATE: | SIGNATURE: |
|---|---|
| | |

SOUTH CAROLINA DEPARTMENT OF CORRECTIONS
REQUEST TO STAFF MEMBER

**RECEIVED**

Exhibit A: 5 of 21

| TO:  NAME: | TITLE: | DATE: | JUL 09 2019 |
|---|---|---|---|
| Sherman Anderson | Chief Griev. Coord. | 6/25/19 | INMATE GRIEVANCE |

| INMATE'S NAME: | SCDC #: |
|---|---|
| Sterling Singleton | 335777 |

| INSTITUTION: | LIVING QUARTERS: |
|---|---|
| BRCI | #243  SALUDA |

I pray this finds you Blessed & with an open mind. Furthermore, I filed 2 grievances regarding 2 seperate incidents in which I'd Been Stabbed while at Kirkland & in D/Dorm HLBMU #A I was filed approx. Dec 12, 2018 & the 2 approx. April 11, 2019

I've yet to receive a response regarding the 2 grievances Pursuant to Griev. Policy GA-01.12 they were to suppose to be responded to within 30-90 days. On the one filed Approx. Dec. 12, 2018 it is well over 90 days. The other has been approx. 60 plus days And I am still awaiting response.

Your Assistance in this matter is greatly needed in this matter for Delay in response Also Hinders &/or Prevents my ability to exercise my first Amdt Right to Access the Courts Pursuant to Art 1 § 3 SC Const. 1st Amdt of U.S. Const. As well as SCDC Policy GA-01.03

thanking you in advance for your Response.

Sterling Singleton

DISPOSITION BY STAFF MEMBER:

| DATE: | SIGNATURE: |
|---|---|

SCDC FORM 19-11 (REV FEB 2001)

*Exhibit A: 6 of 21*

## SOUTH CAROLINA DEPARTMENT OF CORRECTIONS
### OFFICE OF GENERAL COUNSEL—INMATE GRIEVANCE BRANCH
### INMATE CORRESPONDENCE

INMATE:          Sterling Singleton #339777

INSTITUTION:     Broad River CI – S-0148-A

FROM:            Inmate Grievance Branch

SUBJECT:         Correspondence received 7/9/19

DATE:            July 10, 2019

       I am in receipt of your inmate correspondence/Request to Staff Member. Your correspondence is being returned in accordance to SCDC Policy, GA-06.04, Request to Staff Member and returned to you for one or more of the following reasons:

o Inmates must use the correct form (Request to Staff Member SCDC 19-11). Attachments will NOT be accepted.
o Inmates are only allowed to submit *one issue per RTSM*, which must be *written legibly* (to the appropriate area) and must be limited to a single sheet.
o Inmates are prohibited from sending a duplicate or similar RTSM to multiple staff members.
o The RTSM is intended for use by an individual inmate (An inmate may not send a RTSM from multiple inmates).
o You must enter your concerns through the KIOSK Automated Request to Staff Member System (if access is allowed).
o Your request for a transfer should be directed to SCDC Classification Case Worker/Manager.
o Your medical issues can be addressed by requesting sick calls at your local institution.
o State one issue that is a problem so that it can be fully addressed.
o Please refrain from sending multiple RTSMs addressed to multiple areas. We only review Grievance issues.
o Grievances <u>MUST</u> be placed in the box marked "Grievance" at your <u>local institution</u>.
o Other: Please review policy GA-06.04, Request To Staff Member, and GA-01.12, Inmate Grievance System, to familiarize yourself with the correct procedures.
o **Other: Grievance LEECI-0826-18, filed 8/29/18, was received 9/21/18 and closed due to "Exceeded Time Frame". It was then reopened by Inmate Grievance Branch Chief and sent to Police Services on 10/24/18 for review. Grievance KCI-0367-19 filed 4/11/19, was received 4/22/19 and forwarded to Police Services on 4/24/19 for review. As of this writing, Police Services is still reviewing these two grievances. You will be notified when a decision is rendered. I hope this addressed your concerns.**

                                        S/ _Felecia McKie_
                                        Felecia McKie, Inmate Grievance Administrator

TR √ SCIDC No. 2025-CP-40-2925

Exhibit A: 7 of 21

## SOUTH CAROLINA DEPARTMENT OF CORRECTIONS
### REQUEST TO STAFF MEMBER

| TO: NAME: Terry Marshal | TITLE: Mental Health | DATE: 7/16/19 |
|---|---|---|
| INMATE'S NAME: Sterling Sigleton | | SCDC #: 339777 |
| INSTITUTION: BRCI | | LIVING QUARTERS: Ba1 # 243 |

Pursuant to the Above Authority I am Requesting to know whether any of the High Level Behavior Management Unit Staff qualified for said Position Not just By or on paper But psychologically

I am Requesting that a copy of their psyche evaluation & Personnel files Be Preserved for Evidentiary Purposes

Your assistance in this Matter is Greatly Needed.

Em Looking Forward to Your Response.

DISPOSITION BY STAFF MEMBER:

DATE:                    SIGNATURE:

## OMS  Offender Management System

# Inmate Request - General

Today's Date: 8/16/19  15:21

*Exhibit A: 8 of 21*

| | |
|---|---|
| Name: | SINGLETON, STERLING |
| Booking #: | 339777 |
| Permanent #: | 339777 |

| | |
|---|---|
| Reference #: | 19-01344877 |
| Date Requested: | 08/09/19  10:33 |
| Request Type: | Legal |
| Requested By: | Paper Form |

**Request Details:** I am requesting to know whether any of the High Level Behavior Management Staff to include but not limited to: 1) Former Dir. Tishea Inabrut (sp) 2) Shanon Dean 3) Shawn Stover 4) Anthony Berry 5) William Gill / Security Staff: 1) Lt. Pressly 2) Sgt. Edward Gadson 3) Sgt. Myers 4) Ofc. Brannen etc. ever been investigated for or involved in any criminal acts to include but not limited to Civil Rights Violations of institutionalized persons; the potential investigation & / or contributions to such even more so where a prisoner had been harmed? Had any been named as defendants in ay criminal / civil actions & / or ever called as witnessed to such? Had any RTSM forms & / or Grievances ever been filed on the above regarding SCDC Policy, Const. Law violations? If so state which and please forward any & all info regarding citations / case laws naming & / or involving the above to also include dispositions of said RTSMs Grievances, Investigations criminal & / or Civil Law violations. Thanking you in advance for your assistance  Sterling Singleton

| | |
|---|---|
| Disposition: | Complete |
| Officer: | Cheron Hess |
| Disposition Date: | 08/16/19  16:17 |

### Request Responses

| Date | Author | Note |
|---|---|---|
| 08/16/19  16:21 | c063785 | Inmate Singleton:<br><br>Per SCDC Policy GA-01.07 Access to the General Counsel Section 1.3, the General Counsel and his staff are not responsible for providing legal assistance or advice to inmates. To seek legal advice, you may wish to contact your attorney or, if you do not have an attorney, the South Carolina Bar's Lawyer Referral Services, 950 Taylor Street, Columbia, SC 29201. Under no circumstances will the Office of General Counsel conduct legal research for or provide legal advice to you. |

SOUTH CAROLINA DEPARTMENT OF CORRECTIONS
**REQUEST TO STAFF MEMBER**

Exhibit A: 9 of 21

| TO: NAME: | TITLE: | DATE: |
|---|---|---|
| Dept of Human Resources & Investigations | | 8/9/19 |

RECEIVED

AUG 13 2019

**GENERAL COUNSEL**

| INMATE'S NAME: | SCDC #: |
|---|---|
| Sterling Singleton | 339777 |

| INSTITUTION: | LIVING QUARTERS: |
|---|---|
| BRCI | # 242 |

SALUDA

I am requesting to know whether any of the High Level Behavior Management Staff to Include But not Limited To: 1) Former Dir. Tishea Prabnit. 2) Sharon Dean. 3) Shawn Stover; 4) Anthony Berry; 5) William Bill /Security Staff: 1) Lt. Pressley; 2) Sgt. Edward Gibson; 3) Sgt. Myers; 4) Ofc. Brannen etc..

Ever Been investigated for or involved in any criminal acts to include But not Limited To Civil Rights Violations of institutionalized persons; the potential instigation &/or Contributions to such even more so where a prisoner had Been Harmed?

Had any Been Named as defendants in any criminal/civil actions &/or ever called as witnesses to such?

Had any RTSM forms &/or Grievances ever Been filed on the Above regarding SCDC Policy Const. Law violations?

If so state which & please forward any & all info regarding citations/case law naming &/or involving the above to also include Dispositions of said RTSMs Grievances, Investigations Criminal &/or Civil Law Violations

Thanking you in advance for your Assistance

Sterling Singleton.

| DISPOSITION BY STAFF MEMBER: |
|---|
| |

| DATE: | SIGNATURE: |
|---|---|
| | |

SCDC FORM 19-11 (REV.FEB 2001)    Ref# 19-01344877    Legal-Level 1 HQ

Konsen Evans

**SOUTH CAROLINA DEPARTMENT OF CORRECTIONS**
**REQUEST TO STAFF MEMBER**

*RECEIVED*

Exhibit A: 10 of 21

| TO: NAME: | TITLE: | DATE: |
|---|---|---|
| Dept of Investigations | | 8/9/19 |

*AUG 13 2019*
*GENERAL COUNSEL*

| INMATE'S NAME: | SCDC #: |
|---|---|
| Sterling Singleton | 359777 |

| INSTITUTION: | LIVING QUARTERS: |
|---|---|
| BRCI | # 242 **SALUDA** |

I am requesting that all camera footage from High Level Behavior
Management program Located at Kirkland CI - Between the
Months of Dec. 1 2018 - May 1. 2019 Be preserved as
Evidence.

Thanking you in advance For Your Time
Patience & assistance..

\* I did requested Such
Be done Before. But
Never received any
responses.

**RECEIVED**

**AUG 16 2019**

POLICE SERVICES

DISPOSITION BY STAFF MEMBER:

| DATE: | SIGNATURE: |
|---|---|
| | |

SCDC FORM 19-11 (REV.FEB 2001)    Ref# 19-01344850    Investigations

## OMS    Offender Management System

# Inmate Request - General

**Today's Date:** 8/19/19  13:15

*Exhibit A: 11 of 21*

| | |
|---|---|
| **Name:** | SINGLETON, STERLING |
| **Booking #:** | 339777 |
| **Permanent #:** | 339777 |

| | |
|---|---|
| **Reference #:** | 19-01344850 |
| **Date Requested:** | 08/09/19  10:28 |
| **Request Type:** | Investigations |
| **Requested By:** | Paper Form |

| | |
|---|---|
| **Request Details:** | I am requesting that all camera footage from High Level Behavior Management Program located at Kirkland CI - between the months of Dec. 1 2018 - May 1. 2019 be preserved as evidence. Thanking you in advance for your time patience & assistance. Sterling Singleton  * I'd requested such be done before. but never received any responses. |

| | |
|---|---|
| **Disposition:** | Complete |
| **Officer:** | Cheron Hess |
| **Disposition Date:** | 08/19/19  14:12 |

### Request Responses

| Date | Author | Note |
|---|---|---|
| 08/19/19  14:13 | c062844 | You need to be more specific in your request. |

## SOUTH CAROLINA DEPARTMENT OF CORRECTIONS
### REQUEST TO STAFF MEMBER

Exhibit A: 12 of 21

| TO: NAME: Investigation | TITLE: | DATE: 8/29/18 |
|---|---|---|
| INMATE'S NAME: Sterl, Singleton | | SCDC #: 389777 |
| INSTITUTION: BRCI | | LIVING QUARTERS: X 242 SALUDA |

I am requesting video footage of requested as Evidence & that it Be preserved for the purpose of: Proof of SCDC's  &/or relevant prison officials failure to protect. And, possible Collusion, Conspiracy of & for by Prison officials to Commit A) Assault w/ Intent to murder or B) Murder in retaliation against &/or in attempts to silence prisoner for Exercising Const. Rights. And, Refusal to participate in any Compromising, demeaning, demoralizing & degrading Acts. -- And/or the Accessory Before, During & After of  Relevant Prison officials

Your Assistance in this matter is greatly needed Thanking you in advance for Your Time, Patience & Assistance ..

Respectfully

DISPOSITION BY STAFF MEMBER:

| DATE: | SIGNATURE: |
|---|---|

SCDC FORM 19-11 (REV.FEB 2001)

Video footage

## SOUTH CAROLINA DEPARTMENT OF CORRECTIONS
### REQUEST TO STAFF MEMBER

Exhibit A 13 of 21

| TO: NAME: | TITLE: | DATE: |
|---|---|---|
| Division | of Investigation | 10/8/19 |

| INMATE'S NAME: | SCDC #: |
|---|---|
| Sterling Singleton | 339777 |

| INSTITUTION: | LIVING QUARTERS: |
|---|---|
| BRCI | #242 ~~SALUDA~~ |

Unfortunately the past 2 wks had Been quite Disturbing for me I Believe Due to all the stress apposed to Lie had a Mental Break Down as I/or while other forces Deliberately worked against me To intimidate I/or Distract me from filing suit.

In any case All things Considered I Am Requesting the tapes Video footage of I/or from ALBRCI for the months of December 2018 & April 2019 for Evidentiary Purposes regarding my Being Stabbed

DISPOSITION BY STAFF MEMBER:

| DATE: | SIGNATURE: |
|---|---|

SCDC FORM 19 11 (REV.FEB 2001)

Failure To Protect / Personal Safety / Intimidation By Prison officials etc.--
Conspiracy---

## SOUTH CAROLINA DEPARTMENT OF CORRECTIONS
## REQUEST TO STAFF MEMBER

Exhibit A: 14 of 21

| TO: NAME: | TITLE: | DATE: |
|---|---|---|
| Division of Investigation | | 10/8/19 |
| INMATE'S NAME: | | SCDC #: |
| Sterling Singleton | | 339777 |
| INSTITUTION: | | LIVING QUARTERS: |
| BRCI | | # 242    SALUDA |

The Const. requires prison & Jail officials to provide reasonable safety for pri-
soners. Helling v. McKinney — U.S — 113 S. Ct. 2475, 2480 (1993).. They must
Protect them from assault By other inmates & from unreasonably hazardous
Living conditions
• Protection from Inmate Assault: Prison officials must Take reasonable measures
To protect prisoners from Assault By other inmates if they fail To do so
Courts may award Damages
Even if prison officials don't know about the risk To a particular prisoner
They can be held Liable for policies or conditions that are dangerous To all
Prisoners or To an identifiable Group of prisoners... Deliberate indifference
maybe Shown By a "Series" of incidents closely related in time or By sys-
tematic deficiencies in staffing, facilities or procedures. A number of risk
factors constitute deliberate indifference --
Failure To seperate the particularly violent or Vulnerable; failure To pro-
vide adequate Supervision of Inmates;
& failure To Control Tools or other Items that can Be used as weapons. Due
To failure To Protect I was Stabbed 12x on & about Dec. 7, 2018 &
8x on April 4, 2019. Due To fear of being Labelled a Rat & set up By
Prison officials in collusion with I To Be Murdered I did not report.
Due To Exigent Circumstances Even filing this Paper work. Intimidation
for Exercising Const. Rights I fear my Life is in Grave Danger.
In any event there should not have Been any weapons making it possible for
me To Be Stabbed etc— And, knowing the Extent of some officials they Deliberately
Put inmates' Lives in Jeopardy. Thus, is why I fear reporting any incidents
Even filing this Paperwork.

DISPOSITION BY STAFF MEMBER:

| DATE: | SIGNATURE: |
|---|---|
| | |

SCDC FORM 19-11 (REV.FEB 2001)

SOUTH CAR.    RTMENT OF CORRECTIONS
REC.    STAFF MEMBER

Exhibit A: 15 of 21

| TO: NAME: | TITLE: | DATE: |
|---|---|---|
| Grievance | | 11/27/19 |

| INMATE'S NAME: | SCDC #: |
|---|---|
| Sterling Singleton | 359777 |

| INSTITUTION: | LIVING QUARTERS: |
|---|---|
| BRCZ | # 144  SALUDA |

Im requesting To know the status of Grievance Submitted on Dec. 2018 & April 2019 while at Kirkland CZ

Its Been apprsx 6mths To A yr And. I've not received a response yet.

Respectfully

Sterling singleton

DISPOSITION BY STAFF MEMBER:

Your grievance KCI-367-19 is still under review and is out of the hand of the institution. The other grievance is from Lee CI,

LEE CI-826-18 which was filed in August of 2018 and it's still under review, and out of the institution hand. I can only advise you to excercise patience during this time.

| DATE: | SIGNATURE: |
|---|---|
| 12/4/2019 | G Rotoma |

SCDC FORM 19-11 (REV.FEB 2001)

**OMS**  **Offender Management System**

# Inmate Request - General

Today's Date: 8/13/20 12:29

*Exhibit A: 16 of 21*

| | |
|---|---|
| Name: | **SINGLETON, STERLING** |
| Booking #: | **339777** |
| Permanent #: | **339777** |

| | |
|---|---|
| Reference #: | 20-01651410 |
| Date Requested: | 07/31/20 14:48 |
| Request Type: | Investigations |
| Requested By: | Paper Form |

| | |
|---|---|
| Request Details: | Inmate states there is no treatment available to assist with his mental rehabilitation, but is expected to get better and rehabilitate to the standards of "normal society." He sites a case that indicates more than isolation and close supervision is necessary to assess and treat for the rehab of prisoners with serious mental health illnesses. He lists the types of serious mental illnesses and states he suffers from them. He states had he been properly evaluated he would not have been sent to a certain Institution where someone may have to fight to defend himself and possibly get into trouble due to lack of Security. He states he has been stabbed 6-7 times by certain inmates. He does not want to be blamed for the deficiancies of other inmates or staff. He states the blame should be placed where the system fails. He states in addition his history is a reflection of his isolation. All the above in violation 8th & 14th Amendment of US Constitution "Right to be freed from cruel and unusual punishment & equal protection of the law" also Article 1 & 5 of SC Constitution reflecting the same. |

| | |
|---|---|
| Disposition: | Complete |
| Officer: | Lisa Eklund |
| Disposition Date: | 08/13/20  13:21 |

**Request Responses**

| Date | Author | Note |
|---|---|---|
| 08/13/20  13:24 | c062844 | This is still an open case, contact your institution for the other issues. |

SOUTH CAROLINA DEPARTMENT OF CORRECTIONS
REQUEST TO STAFF MEMBER

Exhibit A: 17 of 21

| TO: NAME: | TITLE: | DATE. |
|---|---|---|
| Dept of Investigations | | 8/3/20 |

| INMATE'S NAME | SCDC # |
|---|---|
| Sterling Singleton | 339???? |

| INSTITUTION: | LIVING QUARTERS: |
|---|---|
| KR & EC | GPH 111 B |

I am still awaiting response regarding 2 incidents where I was Stabbed at AllBru. I have filed Grievances on Both issues & have Yet To receive a response. It has Been almost 2 yrs on one incident. And approx. 16 mths for the second.

I am awaiting response that I may pursue with legal matters pursuant to Right to Access the Courts Art 1 § 3 of SC. Const. As well as 1st & 14th Amdt of U.S Const.

The hold up is preventing me from Accessing courts According to the above, Deliberately Denying me such opportunities in violation of Same

Thank You
Sterling Singleton

DISPOSITION BY STAFF MEMBER:

| DATE: | SIGNATURE. |
|---|---|

## OMS  Offender Management System

# Inmate Request - General

**Today's Date:** 8/13/20 12:29

*Exhibit A: 18 of 21*

| | |
|---|---|
| **Name:** | SINGLETON, STERLING |
| **Booking #:** | 339777 |
| **Permanent #:** | 339777 |

| | |
|---|---|
| **Reference #:** | 20-01661659 |
| **Date Requested:** | 08/13/20  13:25 |
| **Request Type:** | Investigations |
| **Requested By:** | Paper Form |

| | |
|---|---|
| **Request Details:** | I am still awaiting response regarding 2 incidents where I was stabbed.  I have no access to the courts. |

| | |
|---|---|
| **Disposition:** | Complete |
| **Officer:** | Lisa Craft |
| **Disposition Date:** | 08/13/20  13:25 |

### Request Responses

| Date | Author | Note |
|---|---|---|
| 08/13/20  13:27 | c062844 | This case is still open. Your previouse RTSM was responded to. |

## SOUTH CAROLINA DEPARTMENT OF CORRECTIONS
### REQUEST TO STAFF MEMBER

Exhibit A: 19 of 21

| TO: NAME: | TITLE: | DATE: |
|---|---|---|
| Davis. W. | Regional Director | 9/16/20 |

| INMATE'S NAME: | SCDC #: |
|---|---|
| Sterly Ayleton | 339777 |

| INSTITUTION: | LIVING QUARTERS: |
|---|---|
| KR & EC | GPH 111B |

State prisoner suffered adverse Consequence... as required To support pri-
soner's § 1983 claim for retaliation of 1st Amdt § 42 U.S Const; 100. U.S.C.A §
1983 / Due To the Fact I exercise my Const. Rights To redress my grieven
Greivances & Access The Courts (1st Amdt.) in light of Conflicts of interest;
Failure To protect; SCDC's officials collusion w/ inmates, To commit murder
resulting in my Being stabbed several Times; discrimination, Deliberate in-
difference, negligence, gross Negligence. Breach of duty To serve, Protect
& To Care; Failure To Protect etc... (Farmer v. Brennon... Helling v. Mckinney,
Hudson v. McMillian... etc...) - I have Been retaliated on/against
in the form of False Charges; stripped (denial) of property To include legal-
also also denied necessary med. Attention (Estelle v. Gamble.) By
security, cross section, medical mental health. Opportunities To
Poeticipate in pre release programs, subjected to Restrictive housing, & for
confinement, loss of privileges etc... By security, Class. fication, &/or
Medical, Mental Health - SCDC ... So you & or SCDC permit this Sort of Behavior? I request that
you look into & rectify this issue - It has Been on-going...
I'm looking forward To your response. thank you Sterly Ayleton

DISPOSITION BY STAFF MEMBER:

| DATE: | SIGNATURE: |
|---|---|
| | |

SCDC FORM 9-11 (REV FEB 2001)

SOUTH CAROLINA DEPARTMENT OF CORRECTIONS
REQUEST TO STAFF MEMBER

Exhibit A: 20 of 21

| TO: STAFF NAME: | STAFF TITLE: | DATE: |
|---|---|---|
| Jonathan R Eckstrom | | 02/28/21 |

| INMATE NAME: | | SCDC #: |
|---|---|---|
| Sterling Singleton | | 339772 |

| INSTITUTION: | DORM/SIDE/BED: | HOUSING TYPE: ☐ RHU   ☐ R&E |
|---|---|---|
| MASEC | GPH 140A | ☐ INFIRMARY ☐ SSR  ☐ DEATH ROW |
| | | ☐ ASSISTED LIVING UNIT (ALU) ☐ N/A |

REASON FOR PAPER REQUEST: ☐ PREA ☐ MEDICAL   ☐ MENTAL HEALTH ☐ DENTAL
☐ MEDICAL COPAY ☐ MEDICAL RECORDS   ☐ KIOSK INACCESSIBLE (EXPLAIN): ___ N/A

YOU MUST USE THE KIOSK IF YOUR PAPER REQUEST DOES NOT MEET ANY OF THE CRITERIA ABOVE.

First, I pray this finds you.

Moreover. I want to Thank you for your efforts on My Behalf.

The camera footage I'm requesting is on Dates December 6/7, 2018, and ~~April 6/7, 2018~~ April 6/7, 2018

Thanking you in advance.

Sterling Singleton

DISPOSITION BY STAFF MEMBER:

| DATE: | STAFF SIGNATURE: |
|---|---|

SCDC FORM 19-11 (REV.JULY 2020)

Due by: 1/18/2

JAN 1 0 2022

Exhibit A: 21 of 21

## SOUTH CAROLINA DEPARTMENT OF CORRECTIONS
## INMATE GRIEVANCE FORM
### STEP 2

Office Use Only

INMATE NAME: Sterling Singleton

SCDC NUMBER: 335777

INSTITUTION: Lieber CI

HOUSING UNIT: MA

WORK ASSIGNMENT: N/A →

RECEIVED

FEB 03 2022

INMATE GRIEVANCE

Grievance No. KCI-0367-19
Code: General 01101
Policy _____
Disc. Hear. _____
Class _____
PREA _____
Date Received: 1/31/22
IGC Initials: _____
Date Received: 2/7/22
IGA Initials: _____

**INMATE'S REASON FOR APPEAL (state specific dissatisfaction):**

Action requested Not Granted.

Grievant Signature _____ Date 1/14/22

**RESPONSIBLE OFFICIAL'S DECISION AND REASON:**

I have reviewed your concern. You allege while in your cell you were stabbed three times in your left arm, three times in your left shoulder/back, once in your lower back, and once in your head on April 6, 2019. You state that you have stitches in your shoulder and back. You request all relevant SCDC personnel be held responsible and terminated for failing to protect you. The Warden responded to your concern on December 9, 2021. Due to the nature of your grievance, agency procedures provide those grievances alleging criminal activity are forward to the Office of Investigations and Intelligence for review and when appropriate investigation. An investigation into this incident revealed a mutual fight occurred between you and another inmate. The Agency does not condone the behavior exhibited in this grievance. All inmates must adhere to SCDC policies, procedures, and directives to ensure a safe environment for all. You have not shown that SCDC Staff has failed to perform their duties appropriately.

Therefore, your grievance is denied.

You may appeal this decision under the Administrative Procedures Act. In order to appeal, you must fill out the attached Notice of Appeal Form and submit it as instructed on the form within 30 days of receipt.

Responsible Official Signature _____ Date 3-1-22

The decision rendered by the responsible official exhausts the appeal process of the Inmate Grievance Procedure. I hereby acknowledge receipt of the official's response and understand this is the Agency's final response to this matter.

Grievant Signature _____ Date 3/7/22        IGC Signature _____ 3.14.22 Date

**(SEE REVERSE SIDE FOR INSTRUCTIONS)**